In the Matter of the Application of BROWN-LIPE GEAR COMPANY, Respondent, for an Order to Show Cause Addressed to ARTHUR M. FERRIS and Others, Constituting the Board of Assessors of the City of Syracuse, New York, etc., Appellants. Also 901 Similar Proceedings.— Order affirmed, with ten dollars costs and disbursements, on the ground that the statute in question is unconstitutional for

the reasons stated in the opinion of this court in *Prescott* v. *Ferris* (251 App. Div. 113). All concur. (The order strikes out certain paragraphs in defendants' answer and denies defendants' motion for a dismissal of the petitions in 902 proceedings, after trial as to the exclusive right of the board of assessment review to hear an appeal from the assessment.) Present — Sears, P. J., Edgcomb, Lewis, Cunningham and Taylor, JJ. [See *post*, p. 721.]